**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In the Estate of F.J. Leonards, Deceased

Appellate case number:   01-20-00222-CV

Trial court case number: P03986A

Trial court:             County Court of Chambers County

     The reporter's record was due on April 13, 2020. According to the information provided to the Court by the court reporter, appellant will not be providing a reporter's record. If appellant does not request and make financial arrangements for the filing of the reporter's record, this Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

     If appellant does plan to provide a reporter's record, appellant must respond to the Court within 10 days of the date of this notice with proof of payment to the court reporter or the Court will order appellant's brief filed without the benefit of a reporter's record.

     It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                          Acting individually

Date: <u>April 21, 2020</u>